USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 14 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

CHRISTIAN NIEVES,
a/k/a "Eric Rosario,"
a/k/a "White Boy," and
ELIAS POLANCO,
a/k/a "Ala,"
a/k/a "Alita,"

Defendants.

**SEALED INDICTMENT**

19 Cr.

19 CRIM 354

**COUNT ONE**

The Grand Jury charges:

1. On or about February 5, 2019, in the Southern District of New York, CHRISTIAN NIEVES, a/k/a "Eric Rosario," a/k/a "White Boy," the defendant, knowingly engaged in conduct and threatened to engage in conduct causing bodily injury to an individual with the intent to retaliate for testimony given as a witness in an official proceeding, to wit, in the vicinity of 2605 Grand Concourse, Bronx, New York, NIEVES slashed an individual ("Victim-1") across the neck in retaliation for Victim-1's testimony in a federal criminal trial.

(Title 18, United States Code, Section 1513(b)(1).)

**COUNT TWO**

The Grand Jury further charges:

2. From in or about February 5, 2019, up to and including in or about February 6, 2019, in the Southern District of New York, CHRISTIAN NIEVES, a/k/a "Eric Rosario," a/k/a "White Boy," and ELIAS POLANCO, a/k/a "Ala," a/k/a "Alita," the defendants, knowingly did combine, conspire, confederate, and agree with others, known and unknown, to engage in conduct and threaten to engage in conduct causing bodily injury to an individual with the intent to retaliate for testimony given by a witness in an official proceeding, to wit, NIEVES and POLANCO agreed with each other to attack and threaten Victim-1 in retaliation for Victim-1's testimony in a federal criminal trial.

(Title 18, United States Code, Section 1513(f).)

**COUNT THREE**

The Grand Jury further charges:

3. On or about February 5, 2019, in the Southern District of New York, CHRISTIAN NIEVES, a/k/a "Eric Rosario," a/k/a "White Boy," the defendant, knowingly intimidated and threatened an individual with the intent to influence, delay, and prevent the communication to a law enforcement officer of information relating to the commission or possible commission of a federal offense, to wit, in the vicinity of 2605 Grand

Concourse, Bronx, New York, NIEVES slashed Victim-1 across the neck and threatened future harm to Victim-1 in order to influence, delay, and prevent Victim-1 from giving information to law enforcement regarding NIEVES's federal crimes.

(Title 18, United States Code, Section 1512(b)(3).)

**COUNT FOUR**

The Grand Jury further charges:

4. From In or about February 5, 2019, up to and including In or about February 6, 2019, in the Southern District of New York, CHRISTIAN NIEVES, a/k/a "Eric Rosario," a/k/a "White Boy," and ELIAS POLANCO, a/k/a "Ala," a/k/a "Alita," the defendants, knowingly did combine, conspire, confederate, and agree with others, known and unknown, to intimidate and threaten an individual with the intent to influence, delay, and prevent the communication to a law enforcement officer of information relating to the commission or possible commission of a federal offense, to wit, NIEVES and POLANCO agreed with each other to attack and threaten Victim-1 in order to influence, delay, and prevent Victim-1 from giving information to law enforcement regarding NIEVES's federal crimes.

(Title 18, United States Code, Sections 1512(k).)

**FORFEITURE ALLEGATION**

5. As a result of committing the offenses alleged in Counts One, Two, Three, and Four of this Indictment, CHRISTIAN

NIEVES, a/k/a "Eric Rosario," a/k/a "White Boy," and ELIAS POLANCO, a/k/a "Ala," a/k/a "Alita," the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property

of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHRISTIAN NIEVES and
ELIAS POLANCO,

Defendants.

SEALED INDICTMENT

19 Cr. ___ (__)

(18 U.S.C. §§ 1513, 1512.)

GEOFFREY S. BERMAN

Foreperson. United States Attorney.

Sealed Indictment
Arrest warrants
Issued

5/14/19

Stewart D. Aaron
U.S.M.J.